E-FILED: 10/26/10

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Diana Ulsh | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) vs. | CV 10-04500-PSG (FMOx) |
| Midland Funding LLC et al  DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On September 16, 2010, the Court issued an Order to Show Cause Re Dismissal. A written response to this Order to Show Cause was ordered to be filed no later than September 30, 2010.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED: 10/25/10

Philip S. Gutierrez
U.S. District Judge